VIRGINIA:

IN THE GENERAL DISTRICT COURT FOR THE CITY OF PETERSBURG

ANGELA WHITE,

     **Plaintiff,**

**v.**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,**

     **Defendant.**

**Case No. GV26002122-00**

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of this action from the General Distrct Court of Peterburg City, Virginia to the United States District Court for the Eastern District of Virginia, Richmond Division (a copy of which, excluding exhibits, is attached hereto as **Exhibit 1**) was submitted on this 15th day of May, 2026, for filing in the United States District Court for the Eastern District of Virginia, Richmond Division thereby effecting removal of this action pursuant to 28 U.S.C. § 1446(d). This Court shall proceed no further.

Dated:  May 15, 2026

/s/ *John E. Komisin*
John E. Komisin (VSB No. 84061)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
(804) 697-1872
jed.komisin@troutman.com

*Counsel for Experian Information Solutions, Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 15, 2026, the foregoing was sent by U.S. mail to:

Angela M. White
26 W. Old Street, Apt. H
Petersburg, VA 23803
*Pro Se Plaintiff*

*/s/ John E. Komisin*
John E. Komisin

*Attorney for Defendant Experian
Information Solutions, Inc*