UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANGELA WHITE,                              )
   PLAINTIFF,                          )     CASE #: 3:26-CV-435-RCY
                                        )
v.                                         )
                                        )
EXPERIAN INFORMATION SOLUTIONS,            )
INC                                        )
   DEFENDANT.                          )

## NOTICE OF APPEARANCE

Comes now Jason M. Krumbein, Esq., and NOTES HIS APPEARANCE on behalf of the

plaintiff in this matter.

ANGELA WHITE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 19 May 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**John E. Komison, Esq.**
**Counsel for Experian Information Solutions, Inc.**

And to the following non-filing users:

NONE

_____/s/_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)