**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**ANGELA WHITE,**

      **Plaintiff,**

**v.**                                                            **Civil Action No. 3:26-cv-00435**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,**

      **Defendant.**

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1.      Parent Companies: The ultimate parent company of Experian is **Experian plc**.

2.      Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of **Experian plc** that are not wholly owned and are not publicly traded:

      a.      Central Source LLC

      b.      New Management Services LLC

      c.      Online Data Exchange LLC

      d.      Opt-Out Services LLC

      e.      VantageScore Solutions LLC

3.      Publicly Held Companies: **Experian plc** indirectly owns 100 percent of Experian.

**Experian plc** is registered as a public company in Jersey, Channel Islands, and is publicly traded

on the London Stock Exchange.

Dated: May 20, 2026

*/s/ John E. Komisin*
John E. Komisin (VSB No. 84061)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: 804-697-1872
Facsimile: 804-697-1339
Email: jed.komisin@troutman.com

*Counsel for Experian Information Solutions, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ John E. Komisin
John E. Komisin (VSB No. 84061)

*Counsel for Experian Information Solutions, Inc.*

3