**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **ANGELA WHITE,** | |
| **Plaintiff,** | **Case No. 3:26-cv-00435-RCY** |
| **v.** | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendant.** | |

## JOINT MOTION TO FILE AMENDED COMPLAINT

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Angela White ("Plaintiff" and together with Experian, the "Parties"), by counsel, jointly request, pursuant to Fed. R. Civ. P. 15(a)(2) that the Court order the filing of amended pleadings, with: (1) Plaintiff's amended complaint due June 8, 2026; and (2) Experian's response to the same due June 29, 2026.

There is good cause for the requested relief, as Plaintiff's claims were initiated with a warrant in debt in the Petersburg General District Court prior to removal. Permitting amendment, and later response to the same, is appropriate as the pleading standards for a warrant in debt in general district court are different from those in federal court. The Parties incorporate, pursuant to Fed. R. Civ. P. 10(c), the contemporaneously filed brief in support.

WHEREFORE, the Parties respectfully request that that the Court order (1) Plaintiff file an amended complaint by June 8, 2026; and (2) Experian file a response to this complaint by June 29, 2026.

-2-

Dated: May 20, 2026                                Respectfully submitted,


/s/ John E. Komisin                                /s/ Jason M. Krumbein, Esq.
John E. Komisin (VSB No. 84061)                    Jason M. Krumbein, Esq. (VSB No. 43538)
TROUTMAN PEPPER LOCKE LLP                           JKrumbein@Krumbeinlaw.com
1001 Haxall Point                                  10307 W. Broad St., Suite 293
Richmond, Virginia 23219                           Glen Allen, VA 23060
Telephone: 804-697-1872                            804-592-0792
Facsimile: 804-697-1339                            804-823-2565 (fax)
Email: jed.komisin@troutman.com

                                                   *Counsel for Plaintiff*
*Counsel for Defendant Experian*
*Information Solutions, Inc.*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court using the CM/ECF electronic filing system, thereby serving and providing notice to all counsel of record.

*/s/ John E. Komisin*
John E. Komisin