**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **ANGELA WHITE,** | |
| **Plaintiff,** | **Case No. 3:26-cv-00435-RCY** |
| **v.** | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendant.** | |

**[PROPOSED] ORDER**

Having reviewed Defendant Experian Information Solutions, Inc.'s ("Experian") and Plaintiff Angela White's Joint Motion to File Amended Complaint, and good cause appearing, it is hereby

**ORDERED AND ADJUDGED** that: (1) Plaintiff shall file an amended complaint by June 8, 2026; and (2) Experian shall file a response to the same by June 29, 2026.

**IT IS SO ORDERED**.

Dated: _____

_____
U.S. District Judge