**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| ANGELA WHITE, | |
| **Plaintiff,** | Case No. 3:26-cv-00435-RCY |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., | |
| **Defendant.** | |

**BRIEF IN SUPPORT OF JOINT MOTION TO FILE AMENDED COMPLAINT**

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Angela White ("Plaintiff" and together with Experian, the "Parties"), by counsel, jointly request, pursuant to Fed. R. Civ. P. 15(a)(2) that the Court order the filing of amended pleadings, with: (1) Plaintiff's amended complaint due June 8, 2026; and (2) Experian's response to the same due June 29, 2026. The Parties state as follows in support:

1.      On or about April 24, 2026, Plaintiff filed a Warrant in Debt in the City of Petersburg General District Court, styled *Angela White v. Experian Information Solutions, Inc.*, Case No. GV26-2122. (Dkt. 1-1.)

2.      On May 15, 2026, Experian removed Plaintiff's Warrant in Debt to this Court, as Plaintiff alleged a claim under the Fair Credit Reporting Act ("FCRA").  (Dkt. 1 ¶¶ 5-6; Dkt. 1-1.)

3.      Since the May 15, 2026 removal, Plaintiff has retained counsel, who has appeared in this matter.  (*See* Dkt. 4.)

4.      The pleading standards for a warrant in debt in general district court are different from those in federal court.  As a result, the Parties have conferred and jointly request that the

-2-

Court order, pursuant to Fed. R. Civ. P. 15(a)(2), that: (1) Plaintiff file an amended complaint by June 8, 2026; and (2) Experian be ordered to respond to this amended complaint by June 29, 2026.

5.      There is good cause for the requested relief, as the relief requested in this motion will best serve the interests of efficiency and clarity in this matter, no party will be prejudiced by this motion, and the requested relief will not impact any deadline of proceedings before this Court.

WHEREFORE, the Parties respectfully request that the Court order (1) Plaintiff file an amended complaint by June 8, 2026; and (2) Experian file a response to this complaint by June 29, 2026.

Dated: May 20, 2026                                          Respectfully submitted,


*/s/ John E. Komisin*                                          */s/ Jason M. Krumbein, Esq.*
John E. Komisin (VSB No. 84061)          Jason M. Krumbein, Esq. (VSB No. 43538)
TROUTMAN PEPPER LOCKE LLP                JKrumbein@Krumbeinlaw.com
1001 Haxall Point                                     10307 W. Broad St., Suite 293
Richmond, Virginia 23219                       Glen Allen, VA 23060
Telephone: 804-697-1872                       804-592-0792
Facsimile: 804-697-1339                         804-823-2565 (fax)
Email: jed.komisin@troutman.com

*Counsel for Plaintiff*

*Counsel for Defendant Experian*
*Information Solutions, Inc.*

-3-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court using the CM/ECF electronic filing system, thereby serving and providing notice to all counsel of record.

*/s/ John E. Komisin*
John E. Komisin