IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANGELA WHITE,                          )
       Plaintiff,                     )
                                      )
     v.                                )       Civil Action No. 3:26CV435 (RCY)
                                      )
EXPERIAN INFORMATION                   )
SOLUTIONS, INC.,                       )
       Defendant.                     )
                                      )

**ORDER**

This matter is before the Court on the parties' Joint Motion to File Amended Complaint ("Joint Motion," ECF No. 6), wherein the parties request leave for Plaintiff to file an Amended Complaint on or before June 8, 2026 and for Defendant to file a response thereto within 21 days thereafter.

Due to the consented nature of the parties' request, and otherwise for good cause shown, the parties' Joint Motion (ECF No. 6) is GRANTED. Plaintiff SHALL file an Amended Complaint on or before **June 8, 2026**, and Defendant SHALL file a response thereto **within 21 days thereafter**.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                       /s/
                                Roderick C. Young
                                United States District Judge

Date: May 21, 2026
Richmond, Virginia