# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Richmond Division)

|  |  |
|---|---|
| ANGELA WHITE,<br><br>      Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendant. | Civil Action No. 3:26-cv-00435-RCY |

## <u>NOTICE OF APPEARANCE</u>

Please enter the appearance of Nathaniel N. Kresh of Venable LLP as counsel for Defendant,

Experian Information Solutions, Inc., in the above-captioned case.

Dated: June 1, 2026

Respectfully submitted,

/s/Nathaniel N. Kresh
Nathaniel N. Kresh (VSB No. 98269)
VENABLE LLP
1850 Towers Crescent Plaza, Suite 400
Tysons, VA  22182
(703) 760-1600 (phone)
(703) 821-8949 (fax)
nnkresh@venable.com

*Counsel for Defendant,*
*Experian Information Solutions, Inc.*

-2-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of June, 2026, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Nathaniel N. Kresh*
Nathaniel N. Kresh

-2-