**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ANGELA WHITE, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendant. | Case No. 3:26-cv-00435-RCY |

**NOTICE OF APPEARANCE OF COUNSEL**

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this

Court, and I appear as counsel for Defendant Experian Information Solutions, Inc. in the above-

captioned matter.

Dated: June 5, 2026

Respectfully submitted,

*/s/ Rohiniyurie Tashima*
Rohiniyurie Tashima
VSB No. 97248
GOODWIN PROCTER LLP
1900 N Street, N.W.
Washington, DC 20036-1612
Phone: (202) 346-4437
Fax: (202) 478-5109
RTashima@goodwinlaw.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2026, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system and was served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Rohiniyurie Tashima
Rohiniyurie Tashima

2