**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| ANGELA WHITE, | |
| **Plaintiff,** | **Case No. 3:26-cv-00435-RCY** |
| **v.** | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | |
| **Defendant.** | |

**MOTION TO WITHDRAW THE**
**APPEARANCE OF JOHN KOMISIN**

Pursuant to Local Civil Rule 83.1(H), the undersigned, John Komisin, respectfully requests to withdraw as counsel for Defendant, Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Goodwin Procter LLP for representation and service as lead counsel. Experian will be represented by Rohiniyurie Tashima and William Ryan Klima of Goodwin Procter LLP, who have been admitted to this Court. The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A.**

Dated: June 11, 2026

Respectfully submitted,

_/s/ John E. Komisin_
John E. Komisin (VSB No. 84061)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: 804-697-1872
Facsimile: 804-697-1339
Email: jed.komisin@troutman.com
*Counsel for Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2026, I electronically filed a true and accurate copy of the foregoing with the Clerk of Court using the CM/ECF electronic filing system, thereby serving and providing notice to all counsel of record.

*/s/ John E. Komisin*
John E. Komisin