**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

ANGELA WHITE,

      **Plaintiff,**

v.

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,**

      **Defendant.**

**Case No. 3:26-cv-00435-RCY**

**[PROPOSED] ORDER ON MOTION TO WITHDRAW**
**THE APPEARANCE OF JOHN KOMISIN**

Having reviewed the Motion to Withdraw the Appearance of John Komisin as Counsel for

Experian Information Solutions Inc., and for good cause shown, it is hereby **ORDERED AND**

**ADJUDGED** that the Motion to Withdraw is granted, and that John Komisin is terminated as

counsel for Experian in this action.


      IT IS SO ORDERED.


Dated: _____           _____

329379643