IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANGELA WHITE,                          )
    Plaintiff,                         )
                                       )
v.                                     )          Civil Action No. 3:6CV435 (RCY)
                                       )
EXPERIAN INFORMATION                   )
SOLUTIONS, INC., *et al.*,             )
    Defendants.                        )
_____   )

**ORDER**

This matter is before the Court on a Motion to Withdraw the Appearance of John Komisin ("Motion to Withdraw," ECF No. 16) filed by John Komisin, asking that the Court permit Mr. Komisin to withdraw his appearance as counsel of record for Defendant Experian Information Solutions, Inc. ("Experian").  In the Motion, Mr. Komisin represents that new counsel for Defendant—Rohiniyurie Tashima and William Ryan Klima of Goodwin Procter LLP—have been admitted to this Court, and they have already entered an appearance on behalf of Defendant. Furthermore, counsel represents that Defendant Experian is aware of and consents to the withdrawal.

Finding good cause and no prejudice, it is hereby ORDERED that (1) the Motion to Withdraw (ECF No. 16) is GRANTED; and (2) John Komisin shall be REMOVED as counsel of record for Experian in this matter.  Rohiniyurie Tashima and William Ryan Klima of Goodwin Procter LLP, shall continue as lead counsel of record for Defendant.

Let the Clerk update the docket accordingly and file this Order electronically.

It is so ORDERED.

                                     /s/

Date: June 15, 2026                    Roderick C. Young
Richmond, Virginia                     United States District Judge