UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANGELA WHITE,                                        Case No.: 3:26-cv-00435-RCY

        Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC. and AVANT, LLC,

        Defendants.

**CONSENT MOTION FOR EXTENSION FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 7, Defendant Experian Information Solutions, Inc ("Experian") respectfully moves the Court for a 21-day extension (to July 20, 2026) of its time to respond to Plaintiff Angela White's ("Ms. White") First Amended Complaint (ECF No. 12). Ms. White has consented to this relief, so there is no prospect of any prejudice. Experian further submits that good cause exists for the requested relief. Experian recently retained new counsel. The extension will allow Experian and its new counsel the time to review the Amended Complaint, investigate the allegations, and prepare and coordinate an appropriate responsive pleading. In addition, this is the first extension requested by either party in this matter, and granting this extension will not significantly delay the timely resolution of this matter.

Given that good cause exists for this limited extension, Ms. White consents to the requested relief, and no party will be prejudiced by a brief extension of time, Experian respectfully requests that the Court extend the deadline for responding to the First Amended

Complaint to July 20, 2026.


Dated:  June 22, 2026                                Respectfully submitted,

                                                     GOODWIN PROCTER LLP


                                                     By: */s/ Rohiniyurie Tashima*
                                                         Rohiniyurie Tashima
                                                         W. Ryan Klima
                                                         RTashima@goodwinlaw.com
                                                         rklima@goodwinlaw.com
                                                         GOODWIN PROCTER LLP
                                                         1900 N Street NW
                                                         Washington, District of Columbia
                                                         Telephone: +1 202 346 4000

                                                         Attorneys for Defendant
                                                         Experian Information Solutions, Inc.

**CERTIFICATE OF SERVICE**

I, Rohiniyurie Tashima, herby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as indicated on the Notice of Electronic Filing (NEF) on June 22, 2026.

*/s/ Rohiniyurie Tashima*_____
Rohiniyurie Tashima