UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANGELA WHITE,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. and AVANT, LLC,<br><br>        Defendants. | Case No.: 3:26-cv-00435-RCY |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Having considered the Consent Motion For Extension For Defendant Experian Information Solutions Inc. ("Experian") to Respond to Plaintiff Angela White's ("Ms. White") First Amended Complaint, pursuant to Local Rule 7, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

The Consent Motion For Extension For Defendant Experian Information Solutions Inc. to Respond to Plaintiff's First Amended Complaint under Local Rule 7 is **GRANTED**; and Experian's deadline for responding to Ms. White's First Amended Complaint is extended to July 20, 2026.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. RODERICK C. YOUNG
UNITED STATES DISTRICT JUDGE