UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANGELA WHITE,<br>    PLAINTIFF,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC et al<br>    DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE #: 3:26-CV-435-RCY |

### CONSENT TO EXTENSION BY EXPERIAN

Comes now plaintiff by counsel, and CONSENTS to the request for extension by Defendant

Experian Information Solutions.

ANGELA WHITE

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 23 June 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**John Nathaniel Kresh, Esq.**
**Rohiniyurie Tashima, Esq.**
**Counsel for Experian Information Solutions, Inc.**

And to the following non-filing users:

William Klima, Esq. [PHV]
rklima@goodwinlaw.com

_____/s/_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)