IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANGELA WHITE,<br>            Plaintiff,<br><br>       v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>            Defendant. | )<br>)<br>)<br>)    Civil Action No. 3:26CV435 (RCY)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on the Defendant's Consent Motion for Extension of Time to File Response/Reply as to the Amended Complaint ("Motion for Extension," ECF No. 18). Therein, Defendant requests a 21-day extension of time to file its response to Plaintiff's Amended Complaint.  Plaintiff consents to Defendant's request.

Due to the consensual nature of Defendant's request, and otherwise for good cause shown, Defendant's Motion for Extension (ECF No. 18) is GRANTED.  Defendant SHALL file its response to Plaintiff's Amended Complaint on or before **July 20, 2026**.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

_____ /s/

Roderick C. Young
United States District Judge

Date:  June 23, 2026
Richmond, Virginia