**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

ANGELA WHITE,

    *Plaintiff*,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC. and AVANT, LLC,

    *Defendants*.

Case No. 3:26-CV-435-RCY

## NOTICE OF APPEARANCE

Please take notice that Anand Ramana of Vedder Price P.C. hereby appears as lead and notice counsel of record for Defendant Avant, LLC in the above-captioned action.

Dated: July 2, 2026

Respectfully submitted,

/s/ Anand Ramana
Anand Ramana (VSB No. 65852)
VEDDER PRICE P.C.
1401 New York Ave. NW
Suite 500
Washington, DC 20005
Tel: (202) 312-3325
Fax: (202) 312-3322
E-mail: aramana@vedder.com
*Counsel for Defendant Avant, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system that will forward the same to all counsel of record.

/s/ Anand Ramana
Anand Ramana (VSB No. 65852)
VEDDER PRICE P.C.
1401 New York Ave. NW
Suite 500
Washington, DC 20005
Tel: (202) 312-3325
Fax: (202) 312-3322
E-mail: aramana@vedder.com
*Counsel for Defendant Avant, LLC*

2