**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

ANGELA WHITE,

    *Plaintiff*,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC. and AVANT, LLC,

    *Defendants*.

Case No. 3:26-CV-435-RCY

**DEFENDANT AVANT, LLC'S CONSENT MOTION FOR EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Avant, LLC ("Avant"), by counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7, respectfully moves the Court with the consent of plaintiff Angela White ("Plaintiff") for an extension of time to respond to Plaintiff's first amended complaint (ECF No. 12) to August 6, 2026. Avant was recently added as a party to this action, was served on June 18, 2026, and has a current response deadline of July 9, 2026.

The extension will provide additional time for Avant to review and investigate the allegations of the amended complaint, evaluate potential defenses, and respond appropriately. Avant has not requested any prior extensions in this matter and is making this request in good faith and not for purposes of delay or prejudice to any party. Plaintiff consents to the requested relief, and no party will be prejudiced by a brief extension of time.

WHEREFORE, Avant respectfully requests that the Court enter the accompanying proposed order granting this motion and extending the deadline for Avant to respond to the first amended complaint up to and including August 6, 2026, and awarding such other and further relief

as the Court deems just and proper.

Dated: July 2, 2026

Respectfully submitted,

**AVANT, LLC**

By:

/s/ Anand Ramana
Anand Ramana (VSB No. 65852)
M. Hunter Rush (VSB No. 97203)
VEDDER PRICE P.C.
1401 New York Ave. NW
Suite 500
Washington, DC 20005
Tel: (202) 312-3325
Fax: (202) 312-3322
E-mail: aramana@vedder.com
E-mail: hrush@vedder.com
*Counsel for Defendant Avant, LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system that will forward the same to all counsel of record.

/s/ Anand Ramana
Anand Ramana (VSB No. 65852)
M. Hunter Rush (VSB No. 97203)
VEDDER PRICE P.C.
1401 New York Ave. NW
Suite 500
Washington, D.C. 20005
Tel: (202) 312-3325
Fax: (202) 312-3322
E-mail: aramana@vedder.com
E-mail: hrush@vedder.com
*Counsel for Defendant Avant, LLC*