**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

ANGELA WHITE,

    *Plaintiff*,

v.

                         Case No. 3:26-CV-435-RCY

EXPERIAN INFORMATION SOLUTIONS,
INC. and AVANT, LLC,

    *Defendants*.

**[PROPOSED] ORDER GRANTING DEFENDANT AVANT, LLC'S**
**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Upon consideration of defendant Avant, LLC's ("Avant") consent motion for extension of time to respond to plaintiff's first amended complaint, and for good cause shown, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Avant shall have up to and including August 6, 2026 to respond to the first amended complaint.

**IT IS SO ORDERED**.

Entered this \_\_\_ day of _____, 2026.

                          _____

                          HONORABLE RODERICK C. YOUNG
                          UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:


/s/ Anand Ramana
Anand Ramana (VSB No. 65852)
M. Hunter Rush (VSB No 97203)
VEDDER PRICE P.C.
1401 New York Ave. NW
Suite 500
Washington, DC 20005
Tel: (202) 312-3325
Fax: (202) 312-3322
E-mail: aramana@vedder.com
E-mail: hrush@vedder.com
*Counsel for Defendant Avant, LLC*



SEEN AND AGREED:


/s/ Jason M. Krumbein
Jason M. Krumbien (VSB No. 43538)
KRUMBEIN CONSUMER LEGAL SERVICES
10307 W. Broad St.
Suite 293
Glen Allen, VA 23060
Tel: (804) 592-0792
Fax: (804) 823-2565
E-mail: jkrumbein@krumbeinlaw.com
*Counsel for Plaintiff Angela White*