**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

ANGELA WHITE,

    *Plaintiff*,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC. and AVANT, LLC,

    *Defendants*.

Case No. 3:26-CV-435-RCY

**DEFENDANT AVANT, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Avant, LLC ("Avant"), pursuant to Federal Rule of Civil Procedure 7.1 and

Local Civil Rule 7.1, states that it is a private Delaware limited liability company whose sole

member is Avant Holding Company, Inc.  No parent corporation or publicly held corporation owns

10% or more of Avant Holding Company, Inc.

Dated: July 2, 2026

Respectfully submitted,

/s/ Anand Ramana
Anand Ramana (VSB No. 65852)
M. Hunter Rush (VSB No. 97203)
VEDDER PRICE P.C.
1401 New York Ave. NW
Suite 500
Washington, DC 20005
Tel: (202) 312-3325
Fax: (202) 312-3322
E-mail: aramana@vedder.com
E-mail: hrush@vedder.com
*Counsel for Defendant Avant, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will forward the same to all counsel of record.

/s/ Anand Ramana
M. Hunter Rush (VSB No. 97203)
VEDDER PRICE P.C.
1401 New York Ave. NW
Suite 500
Washington, DC 20005
Tel: (202) 312-3325
Fax: (202) 312-3322
E-mail: hrush@vedder.com
*Counsel for Defendant Avant, LLC*