UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANGELA WHITE,                              )
   PLAINTIFF,                              )   CASE #: 3:26-CV-435-RCY
                                           )
v.                                         )
                                           )
EXPERIAN INFORMATION SOLUTIONS,            )
INC et al                                  )
   DEFENDANT.                              )

<u>CONSENT TO EXTENSION BY AVANT</u>

Comes now plaintiff by counsel, and CONSENTS to the request for extension by Defendant

Avant, LLC.

ANGELA WHITE

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 7 July 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John Nathaniel Kresh, Esq.
Rohiniyurie Tashima, Esq.
William Klima, Esq.
Counsel for Experian Information Solutions, Inc.

Anand Ramana, Esq.
M. Hunter Rush, Esq.
Counsel for Avant, LLC

And to the following non-filing users:

_____/s/_____
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)