IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ANGELA WHITE, | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No. 3:26CV435 (RCY) |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., *et al.*, | ) | |
|         Defendants. | ) | |
| | ) | |

**ORDER**

This matter is before the Court on Defendant Avant, LLC's ("Defendant") Motion for Extension of Time to File Answer ("Motion for Extension," ECF No. 22).  Therein, Defendant requests an extension of time to file its response to Plaintiff's Amended Complaint (ECF No. 12) on or before August 6, 2026.  Plaintiff consents to Defendant's request.

Due to the consensual nature of Defendant's request, and otherwise for good cause shown, Defendant's Motion for Extension (ECF No. 22) is GRANTED.  Defendant SHALL file its response to Plaintiff's Amended Complaint on or before **August 6, 2026**.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                    _____/s/_____
                                      Roderick C. Young
                                      United States District Judge

Date:  July 8, 2026
Richmond, Virginia