**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

ANGELA WHITE,

    *Plaintiff*,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC. and AVANT, LLC,

    *Defendants*.

Case No. 3:26-CV-435-RCY

**[PROPOSED] ORDER GRANTING DANIEL P. JACKSON'S**
**ADMISSION *PRO HAC VICE***

Upon consideration of the Application for *Pro Hac Vice* Admission filed by Local Counsel

M. Hunter Rush, Esq. on behalf of applicant Daniel P. Jackson, Esq., and it appearing that all

requirements for admission under Local Civil Rule 83.1(E) have been satisfied, including payment

of the required admission fee;

    **IT IS HEREBY ORDERED** that Daniel P. Jackson, Esq. of the law firm Vedder Price

P.C. be and hereby is admitted *pro hac vice* to represent Defendant Avant, LLC in the above-

captioned matter, subject to the Local Rules of this Court and the Federal Rules of Disciplinary

Enforcement.

    **IT IS SO ORDERED**.

    Entered this ____ day of _____, 2026.

                                   _____
                                   HONORABLE RODERICK C. YOUNG
                                   UNITED STATES DISTRICT JUDGE