**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

|  |  |
|---|---|
| ANGELA WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.,<br><br>    Defendants. | Case No. 3:26-CV-00435-RCY |

**MOTION TO WITHDRAW THE APPEARANCE**
**OF NATHANIEL N. KRESH**

Pursuant to Local Civil Rule 83.1(H), the undersigned, Nathaniel N. Kresh, respectfully requests to withdraw as counsel for Defendant Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Goodwin Procter LLP for representation and service as lead counsel. Experian will be represented by Rohini Tashima, who is admitted to practice in this Court, and William Ryan Klima, who is admitted *pro hac vice* per the Court's June 8, 2026, Order. The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents. A proposed Order granting the Motion to Withdraw is attached hereto.

-2-

Dated: July 20, 2026

Respectfully submitted,

/s/ Nathaniel N. Kresh
Nathaniel N. Kresh (VSB No. 98269)
VENABLE LLP
1850 Towers Crescent Plaza, Suite 400
Tysons, VA 22182
Tel: (703) 760-1614
Fax: (703) 821-8949
NNKresh@venable.com

*Counsel for Defendant,*
*Experian Information Solutions, Inc.*

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2026, I electronically filed the foregoing with the clerk of the court using the CM/ECF system, which will send notification of such filing to any counsel of record.

/s/ Nathaniel N. Kresh
Nathaniel N. Kresh

-3-