**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

|  |  |
|---|---|
| ANGELA WHITE,<br><br>          Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.,<br><br>          Defendant. | Case No. 3:26-CV-00435-RCY |

**[PROPOSED] ORDER ON MOTION TO WITHDRAW
THE APPEARANCE OF NATHANIEL N. KRESH**

Having reviewed the Motion to Withdraw the Appearance of Nathaniel N. Kresh as counsel

for Experian Information Solutions, Inc., and for good cause shown, it is hereby **ORDERED AND**

**ADJUDGED** that the Motion to Withdraw is granted, and that Nathaniel N. Kresh is terminated

as counsel for Experian in this action.


          IT IS SO ORDERED.



Dated:_____          _____
                                 Judge
                                 U.S. District Court, Eastern District of Virginia