IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANGELA WHITE,                          )
                                       )
    Plaintiff,                         )
                                       )
v.                                     )          Civil Action No. 3:26CV435 (RCY)
                                       )
EXPERIAN INFORMATION                   )
SOLUTIONS, INC., *et al.*,             )
                                       )
    Defendants.                        )
                                       )

**ORDER**

This matter is before the Court on a Motion to Withdraw (ECF No. 28) filed by Nathaniel N. Kresh of the law firm of Venable LLP, asking that the Court permit him to withdraw as counsel for Defendant Experian Information Solutions, Inc. ("Experian"). In the Motion, counsel represents that Defendants received proper notice of counsel's intent to withdraw and have retained new counsel to represent them, and further that new counsel—Rohini Tashima and William Ryan Klima, both of Goodwin Procter LLP—have already entered an appearance on behalf of Experian.

For good cause shown, it is hereby ORDERED that (1) the Motion to Withdraw (ECF No. 28) is GRANTED; and (2) Nathaniel N. Kresh shall be REMOVED as counsel of record for Experian in this matter. Attorneys Rohini Tashima and William Ryan Klima shall remain counsel of record for Experian.

Let the Clerk update the docket accordingly and file this Order electronically.

It is so ORDERED.

 

                                                     /s/

Date: July 27, 2026                              Roderick C. Young
Richmond, Virginia                               United States District Judge