**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| ANGELA WHITE,<br><br>*Plaintiff*,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and AVANT, LLC,<br><br>*Defendants*. | Case No. 3:26-CV-435-RCY |

**DEFENDANT AVANT, LLC'S MOTION TO DISMISS**

Defendant Avant, LLC ("Avant"), pursuant to Federal Rule of Civil Procedure 12(b)(6), by counsel, respectfully moves to dismiss Count I of plaintiff Angela White's ("Plaintiff") amended complaint (ECF No. 12, the "Complaint"), which is the lone count asserted against Avant. Plaintiff has brought a single claim against Avant under the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b) ("FCRA"). Plaintiff's FCRA claim against Avant should be dismissed because (1) Plaintiff fails to adequately allege that she disputed any alleged inaccuracy with a credit reporting agency and that a credit reporting agency notified Avant, (2) Plaintiff does not adequately allege that Avant failed to investigate and modify nonexistent inaccurate information, and (3) Plaintiff fails to adequately allege facts supporting Article III standing. These arguments are set forth more fully in Avant's contemporaneously filed brief in support, which is incorporated pursuant to Federal Rule of Civil Procedure 10(c).

WHEREFORE, Avant respectfully requests that the Court enter an order dismissing Count I of the Complaint against Avant, with prejudice, and terminating Avant from this case.

Dated: August 6, 2026

Respectfully submitted,

**AVANT, LLC**

By:



______________________________________
Anand Ramana (VSB No. 65852)
M. Hunter Rush (VSB No. 97203)
VEDDER PRICE P.C.
1401 New York Ave. NW
Suite 500
Washington, D.C. 20005
Tel: (202) 312-3325
Fax: (202) 312-3322
E-mail: aramana@vedder.com
E-mail: hrush@vedder.com

Daniel P. Jackson (*pro hac vice*)
VEDDER PRICE P.C.
222 N. LaSalle Street
Chicago, IL 60601
Tel: (312) 609-7500
Fax: (312) 609-5005
E-mail: djackson@vedder.com

*Counsel for Defendant Avant, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will forward the same to all counsel of record.

Anand Ramana (VSB No. 65852)
M. Hunter Rush (VSB No. 97203)
VEDDER PRICE P.C.
1401 New York Ave. NW
Suite 500
Washington, D.C. 20005
Tel: (202) 312-3325
Fax: (202) 312-3322
E-mail: aramana@vedder.com
E-mail: hrush@vedder.com

Daniel P. Jackson (*pro hac vice*)
VEDDER PRICE P.C.
222 N. LaSalle Street
Chicago, IL 60601
Tel: (312) 609-7500
Fax: (312) 609-5005
E-mail: djackson@vedder.com

*Counsel for Defendant Avant, LLC*