**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

| | |
|---|---|
| ANGELA WHITE,<br><br>*Plaintiff*,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and AVANT, LLC,<br><br>*Defendants*. | Case No. 3:26-CV-435-RCY |

**[PROPOSED] ORDER**

Having reviewed Defendant Avant, LLC's ("Avant") Motion to Dismiss and all related briefing, and good cause appearing, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Dismiss is GRANTED. Count I of plaintiff Angela White's amended complaint (ECF No. 12) asserting a claim against Avant is dismissed with prejudice. The Clerk is directed to terminate Avant as a party to this case.

**IT IS SO ORDERED.**

Dated: ________________________

________________________________
Hon. Roderick C. Young
United States District Judge
United States District Court for the Eastern District of Virginia