UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| **ANGELA WHITE,**<br>**PLAINTIFF,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC et al**<br>**DEFENDANT.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE #: 3:26-CV-435-RCY** |

**MOTION FOR BREIF EXTENSION TO RESPOND TO MOTION TO DISMISS BY AVANT**

Comes now plaintiff by counsel, and moves for an extension to file a response to the Motion to Dismiss (DE 31) by Avant and says as follows:

Counsel is working diligently on the response brief, however, counsel has state court proceedings August 19, 20 and 21. Counsel seeks an extension to August 24 to file a response to the Motion filed by Avant.

ANGELA WHITE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 18 August 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Rohiniyurie Tashima, Esq.**
**John Komsin, Esq.**
**William Klima, Esq.**
**Counsel for Experian Information Solutions, Inc.**

**Anand Vijay Ramana, Esq.**
**Daniel Patrick Jackson, Esq.**
**Michael Hunter Rush, Esq.**
**Counsel for Avant, LLC**

And to the following non-filing users:

**None**

/s/

Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile