UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| **ANGELA WHITE,**<br>**PLAINTIFF,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC et al**<br>**DEFENDANT.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE #: 3:26-CV-435-RCY** |

**PROPOSED ORDER ON MOTION FOR**

**EXTENSION TO RESPOND TO MOTION TO DISMISS BY AVANT**

UPON MOTION BY PLAINTIFF, the time to file a response to the Motion to Dismiss by Avant, LLC (Docket entry 31) is EXTENDED to August 24, 2026.

______________________________
Roderick C. Young, Judge
US District Court, Eastern District of Virginia, Richmond Division

Jason M. Krumbein, Esq. VSB#43538
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)