IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANGELA WHITE,
Plaintiff,

v. Civil Action No. 3:26CV435 (RCY)

EXPERIAN INFORMATION
SOLUTIONS, INC., *et al.*,
Defendants.

**ORDER**

This matter is before the Court on Plaintiff's Motion for Brief Extension to Respond to Motion to Dismiss by Avant ("Motion," ECF No. 33). Therein, Plaintiff seeks an extension of her responsive deadline, through August 24, 2026. Plaintiff's Motion is silent as to whether Defendant Avant, LLC consents to the requested relief, however. Accordingly, the Court hereby ORDERS Defendants to file a response to Plaintiff's Motion before 5:00 P.M. on **August 21, 2026**, stating its position as to Plaintiff's request.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: August 20, 2026
Richmond, Virginia