UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Angela White,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.<br>Avant, LLC,<br><br>Defendants. | Case No.: 3:26-CV-435-RCY |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR BRIEF EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Defendant Experian Information Solutions, Inc ("Experian"), by counsel and pursuant to this Court's August 20, 2026 Order (ECF No. 34), respectfully states that Experian does not oppose Plaintiff's Motion for Brief Extension of Time to respond to Defendant Avant, LLC's Motion to Dismiss. (ECF No. 33).

Dated: August 21, 2026

Respectfully submitted,

GOODWIN PROCTER LLP

By: */s/ W. Ryan Klima*

W. Ryan Klima
rklima@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street NW
Washington, District of Columbia
Telephone: +1 202 346 4000

*Attorney for Defendant*
*Experian Information Solutions, Inc*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will forward the same to all counsel of record.

*/s/ W. Ryan Klima*

W. Ryan Klima
rklima@goodwinlaw.com
GOODWIN PROCTER LLP
1900 N Street NW
Washington, District of Columbia
Telephone: +1 202 346 4000

*Attorney for Defendant*
*Experian Information Solutions, Inc.*