UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| **ANGELA WHITE,**<br>**PLAINTIFF,**<br><br>**v.**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC et al**<br>**DEFENDANT.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE #: 3:26-CV-435-RCY** |

**NOTICE OF VOLUNTARY DISMISSAL**

Comes now plaintiff by counsel, and voluntarily dismisses this action without prejudice, as to AVANT, LLC, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). Defendant Avant, LLC has not filed an answer or Motion for Summary Judgment, therefore, it is proper to dismiss this action without further order of this court.

ANGELA WHITE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
804.592.0792
804.823.2565 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 22 August 2026 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**John Nathaniel Kresh, Esq.**
**Rohiniyurie Tashima, Esq.**
**William Klima, Esq.**
**Counsel for Experian Information Solutions, Inc.**

**Anand Ramana, Esq.**
**M. Hunter Rush, Esq.**
**Counsel for Avant, LLC**

And to the following non-filing users:

NONE

__________/s/________________
Jason M. Krumbein, Esq. VSB# 43538
JKrumbein@KrumbeinLaw.com
Krumbein Consumer Legal Services, Inc.
10307 W. Broad St. Suite 293
Glen Allen, VA 23060
(804) 592-0792 - Telephone
(804) 823-2565 – Facsimile