IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ANGELA WHITE,<br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., *et al.*,<br>Defendants. | ) | Civil Action No. 3:26CV435 (RCY) |

**ORDER**

This matter is before the Court on its own initiative. On August 6, 2026, Defendant Avant, LLC ("Avant") filed a Motion to Dismiss (ECF No. 31). Subsequently, Plaintiff filed a Motion for Extension of Time to File a Response to the same ("Motion for Leave," ECF No. 33). Then, on August 22, 2026, Plaintiff filed a Notice of Voluntary Dismissal (ECF No. 37), wherein Plaintiff voluntarily dismisses this action without prejudice as to Avant pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Because Plaintiff has voluntarily dismissed Avant from this matter, the Court hereby DENIES AS MOOT Avant's Motion to Dismiss (ECF No. 31) and Plaintiff's Motion for Leave (ECF No. 33).

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: August 24, 2026
Richmond, Virginia